# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>    Plaintiff,<br><br>v.<br><br>GONGCO FOODS, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01756-DAD-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANT GONGCO FOODS AS A PARTY IN THIS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)<br><br>(ECF No. 7) |

This action was filed on December 28, 2017. (ECF No. 1.) On March 2, 2018, Plaintiff filed a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure of only Defendant Gongco Foods. (ECF No. 7.)

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.' " Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). The Ninth Circuit has held that Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or motion for summary judgment. Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Commercial Space Mgmt. Co., Inc., 193

F.3d at 1078. In this action, Defendant Gongco Foods has not filed an answer or other responsive pleading.

Accordingly, the Clerk of the Court is HEREBY ORDERED to terminate Defendant Gongco Foods as a party in this action.

IT IS SO ORDERED.

Dated: **March 2, 2018**

UNITED STATES MAGISTRATE JUDGE